456 A.2d 147

**COMMONWEALTH of Pennsylvania**

v.

**Harold X. SMITH, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 28, 1983.

Decided Feb. 4, 1983.

---

Mark I. Bernstein (Court-appointed), Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Jane Cutler Greenspan, Asst. Dist. Attys., Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted, 271 Pa.Super. 591, 419 A.2d 184 (1979).